**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**

ARJ Oregon Inc.,
a Domestic Profit Corporation,

      Plaintiff,

vs.                                                                            Case No.:

Greenkraft Inc.,
a Foreign Profit Corporation,                    **COMPLAINT**
                                                                 **Amount Claimed: $147,127.00**

      Defendant.

**JURY TRIAL DEMANDED**
**COMPLAINT AND JURY DEMAND**

NOW COMES Plaintiff, ARJ Oregon Inc., by and through its attorneys, Lemon Law

Group Partners PLC, and submits the following as its Complaint against Defendant Greenkraft

Inc.

**PARTIES, JURISDICTION AND VENUE**

1.     Plaintiff ARJ Oregon Inc. is domestic profit corporation located at 3436 SE
Milwaukie Avenue, Portland, Oregon 97202.

2.     Defendant Greenkraft Inc. is a foreign profit corporation doing business throughout
the State of Oregon.  Greenkraft Inc. (hereinafter "Defendant Manufacturer" or "Defendant
Greenkraft") may be served through its registered agent, Mr. George Gemayel, 2530 South
Birch Street, Santa Ana, California 92707.

3.     The transactions and occurrences involved in this action took place in the State of
Oregon, County of Multnomah.

**COMMON AVERMENTS**

4.     On or about May 23, 2024, Plaintiff purchased a new 2021 Greenkraft G3 truck, VIN:
5ZUD4U150MS000253 from an Authorized Dealership (hereinafter "Vehicle"). Please see
Exhibit A: Purchase Agreement.

5.      At the time of purchase, the Vehicle was accompanied by a factory warranty which, in relevant part, provided for a five (5) year – 100,000 mile warranty (the "Warranty").  Please see Exhibit B: Pertinent Portion of Warranty.  Full warranty is in Defendant's Possession.

6.      The Subject Vehicle is registered in Oregon.

7.      Defendant Manufacturer's warranty covered any repairs or replacements needed during the warranty period and/or due to defects in factory materials or workmanship.

8.      In fact, when delivered, the Subject Vehicle was defective in materials and workmanship, such defects being discovered within the warranty periods and repairs were attempted.

9.      Shortly after purchase, Plaintiff noticed defects in the vehicle and returned the vehicle to an Authorized Dealership on at least two (2) occasions to repair defects to the Subject Vehicle including: engine repeatedly shuts off while driving, vehicle required tow to service, and engine defects necessitating replacement. The vehicle is currently at the dealership waiting on a new engine. The vehicle has been there for over 6 months,  Please see Exhibit C:  Repair Orders.

10.     Subject Vehicle has been out-of-service for at least one hundred seventy-four (174) total days for the aforementioned repairs.

11.     Despite the prolonged time during which the Subject Vehicle has been out-of-service, Authorized Dealership has failed to repair the Subject Vehicle so as to bring it into conformity with the warranties set forth herein.

12.     The defects experienced by Plaintiff with the Subject Vehicle substantially impaired its use, value, and safety to the Plaintiff, and have shaken the Plaintiff's faith in the vehicle to operate as dependable transportation.

13.     Despite Plaintiff's repeated efforts to allow Defendant Manufacturer the opportunity to conform the Subject Vehicle, many nonconforming and defective conditions were not repaired, and still exist.

14.     The Vehicle still has issues including engine defects.

2

15.    Plaintiff directly notified Defendant of the defective conditions of the vehicle on numerous occasions and that Plaintiff desired a buy-back of the Subject Vehicle, wherein Defendant failed and refused to buy back Plaintiff's defective Vehicle and to reimburse Plaintiff pursuant to Plaintiff's rights under State and Federal Laws.  Please see Exhibit D: Written Notification.

16.    This cause of action arises out of the Defendant's Breach of Warranty and violation of the Federal Magnuson-Moss Warranty Act as set forth in this Complaint.

17.    Plaintiff seeks judgment against Defendant in whatever amount Plaintiff is entitled to, including equitable relief, consequential damages, along with the costs and expenses of this action.

18.    There is no other pending or resolved civil action arising out of the same transaction or occurrence alleged in this Complaint.

## COUNT I
## BREACH OF FACTORY WARRANTY

19.    Plaintiff fully repeats and incorporates Paragraphs 1 through 18, as set forth above.

20.    Defendant Greenkraft extended to Plaintiff a five (5) year – 100,000 mile warranty ("Warranty").

21.    Plaintiff, seeking to repair the Subject Vehicle, attempted to exercise Plaintiff's rights under the Warranty.

22.    Defendant Greenkraft has failed to honor the terms of the Warranty.

23.    Defendant Greenkraft has failed or refused to repair the issues which include engine defects.

24.    As a result of the actions set forth above, Defendant Greenkraft has breached its warranty.

25.    As a result of Defendant Greenkraft's breach of warranty, Plaintiff has suffered and will continue to suffer significant monetary and consequential damages.

3

LEMON LAW GROUP PARTNERS PLC
10260 SOUTHWEST GREENBURG ROAD
SUITE 400 - #522
PORTLAND, OR 97223

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court enter Judgment in favor of Plaintiff and against Defendant Greenkraft in an amount to be proven at trial, including all consequential damages, incidental damages, equitable remedies, costs, interest, and attorney fees.

**COUNT II**
**BREACH OF MAGNUSON-MOSS WARRANTY ACT**

26.    Plaintiff fully repeats and incorporates Paragraphs 1 through 25, as set forth above.

27.    This Court has jurisdiction to decide claims brought under 15 USC § 2301 et seq., by virtue of 15 USC § 2310(d)(1)(A).

28.    Plaintiff is a "consumer" as defined by 15 USC § 2301(3).

29.    Defendant Greenkraft is a "supplier" and "warrantor" as defined by 15 USC § 2301(4)(5).

30.    The Subject Vehicle is a "consumer product" as defined by 15 USC § 2301(6).

31.    15 USC § 2310(d)(1)(A), requires Defendant Greenkraft, as a warrantor, to remedy any defects, malfunction or non-conformance of the Subject Vehicle within a reasonable time and without charge to Plaintiff, as defined in 15 USC § 2304(d).

32.    The actions of Defendant Greenkraft as hereinabove described, in failing to tender the Subject Vehicle to Plaintiff free of defects and refusing to repair or replace the defective vehicle tendered to Plaintiff, constitute a breach of the written warranties covering the Subject Vehicle; and thus, constitute a violation of the Magnuson-Moss Warranty Act.

33.    Despite repeated demands and despite the fact that the Plaintiff has complied with all reasonable terms and conditions imposed upon Plaintiff by Defendant Greenkraft, Defendant Greenkraft has failed and refused to cure any defects and non-conformity with the Subject Vehicle.

34.    As a result of Defendant Greenkraft's breach of factory warranty as set forth above, and Defendant Greenkraft's failure to honor its obligations under its warranties, Plaintiff has suffered and will continue to suffer damages as enumerated above.

4

COMPLAINT

LEMON LAW GROUP PARTNERS PLC
10260 SOUTHWEST GREENBURG ROAD
SUITE 400 - #522
PORTLAND, OR 97223

35.    Defendant Greenkraft had a reasonable opportunity to remedy the defects in the vehicle but has failed to do so, thereby entitling Plaintiff to a refund of the purchase price pursuant to the Magnuson-Moss Warranty Act.

36.    Pursuant to the Magnuson-Moss Warranty Act, 15 U.S.C. § 2310(d)(2), Plaintiff is entitled to recover as part of the judgment, costs and expenses of the suit including attorney's fees based on actual time expended.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays for judgment as follows:

(1)    For actual damages according to proof at trial;

(2)    For either Defendant to accept return of the Subject Vehicle in exchange for full purchase

    price returned to Plaintiff;

(3)    For attorney's fees and costs of suit incurred herein;

(4)    For such other and further relief as the court deems just and proper under

    the circumstances;

(5)    That all issues be tried before a jury.


Dated: 24th day of February, 2026

5

COMPLAINT

LEMON LAW GROUP PARTNERS PLC
10260 SOUTHWEST GREENBURG ROAD
SUITE 400 - #522
PORTLAND, OR 97223

Respectfully submitted,

**LEMON LAW GROUP PARTNERS PLC**

By:    _/s/Sara Brooks_

      Sara Brooks (OSB # 2220030)
      10260 Southwest Greenburg Road
      Suite 400 - #522
      Portland, OR 97223
      Tel. No.: (888) 415-0610
      info@lemonlawgrouppartners.com
      eservice@lemonlawgrouppartners.com
      sarab@lemonlawgrouppartners.com

6

COMPLAINT

LEMON LAW GROUP PARTNERS PLC
10260 SOUTHWEST GREENBURG ROAD
SUITE 400 - #522
PORTLAND, OR 97223